IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL DRANE, | 1:08-cv-00039-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING REQUEST TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT |
| vs. | |
| J. YATES, | (DOCUMENT #1) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2008, defendant filed, within the Notice of Removal, a request to extend time to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted thirty (30) days from the date of service of this order in which to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **January 14, 2008**                     **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE