1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   JAMAL DRANE,                              1:08-cv-00039-OWW-DLB (PC)

12           Plaintiff,                        ORDER GRANTING REQUEST TO
                                               EXTEND TIME TO FILE A RESPONSE
13      vs.                                    TO THE COMPLAINT

14   J. YATES,                                 (DOCUMENT #1)

15           Defendant.                        THIRTY DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On January 7, 2008,  defendant filed, within the Notice of Removal,  a request to extend

19   time to file a response to the complaint.  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Defendant is granted thirty (30) days from the date of service of this order in which to

22   file a response to the complaint.

23

24       IT IS SO ORDERED.

25     Dated:    **January 14, 2008**          _____**/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28